# United States District Court
## Southern District of Georgia

Sally Behr Ogden

_____
Plaintiff

v.

John Herbert Ogden

_____
Defendant

Case No. 4:19-cv-00234-WTM-CLR

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 24th day of October, 2019.

*[signature: Christopher L. Ray]*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Jeffrey Hellman |
| Business Address: | Law Offices of Jeffrey Hellman, LLC |
| | Firm/Business Name |
| | 195 Church Street, 10th Floor |
| | Street Address |
| | New Haven    CT    06510 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | 203-691-8762 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | jeff@jeffhellmanlaw.com |