UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SALLY BEHR OGDEN

vs.                                      CASE NO.   4:19-CV-00234-WTM-CLR

JOHN HERBERT OGDEN

DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for <u>John Herbert Ogden</u> certifies that the following is a full and complete list of the parties in this action:

Name   Sally Behr Ogden        Identification & Relationship   Plaintiff
       John Herbert Ogden                                      Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Name                                     Identification & Relationship

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Name                                     Identification & Relationship

*/s/ Brian P. Watt*                      12/17/2019
Signature                                Date